NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN J. CONNELL,                      )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D17-4168
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Susan G. Barthle,
Judge.


PER CURIAM.


            Affirmed.  See §§ 775.082(9)(a)(1)(q), 810.02(3), Fla. Stat. (2012); Ch. 74-

383, § 66, at 1256, Laws of Fla.; State v. Dehart, 913 So. 2d 616 (Fla. 2d DCA 2005).


LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.